No. 659. CHOCTAW NATION *v*. UNITED STATES.  March 3, 1941.  Petition for writ of certiorari to the Court of Claims denied.  *Messrs. W. F. Semple, R. M. Rainey, Streeter B. Flynn,* and *T. P. Gore* for petitioner.  *Solicitor General Biddle* for the United States.

No. 680. REUTER *v*. UNITED STATES.  March 3, 1941.  Petition for writ of certiorari to the Court of Claims denied.  *Mr. James A. Cosgrove* for petitioner.  *Solicitor General Biddle, Assistant Attorney General Clark,* and *Mr. Sewall Key* for the United States.

No. 702. McINTYRE *v*. GEORGIA.  March 3, 1941.  Petition for writ of certiorari to the Supreme Court of Georgia denied.  *Mr. G. Seals Aiken* for petitioner.  *Mr. J. W. LeCraw* for respondent.

No. 704. MONARCH DISTRIBUTING CO. ET AL. *v*. UNITED STATES.  March 3, 1941.  Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied.  *Mr. Harold J. Bandy* for petitioners.  *Solicitor General Biddle* and *Messrs. Wendell Berge, Raoul Berger, George F. Kneip,* and *W. Marvin Smith* for the United States.

No. 706. ROMANS ET AL. *v*. MARYLAND.  March 3, 1941.  Petition for writ of certiorari to the Court of Appeals of Maryland denied.  *Mr. Eldridge Hood Young*